

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00366-CV

| | |
|---|---|
| CARL JOHNSON AND PATRICIA JOHNSON, Appellants | § On Appeal from the 431st District Court |
| | § of Denton County (23-8778-431) |
| V. | |
| BEARFOOT COMPANIES, LLC, AND BEARFOOT AQUATIC MANAGEMENT LLC, Appellees | § May 16, 2024 |
| | § Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Carl Johnson and Patricia Johnson must pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
    Justice Mike Wallach